[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-10846
Non-Argument Calendar
_____

D.C. Docket No. 1:12-cr-20579-DLG-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARTHA CABALLERO,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(March 19, 2014)

Before WILSON, MARTIN, and ANDERSON, Circuit Judges.

PER CURIAM:

Arnaldo J. Suri, appointed counsel for Martha Caballero in this direct criminal appeal, has moved to withdraw from further representation of Caballero, arguing that there are no non-frivolous grounds on which Caballero could appeal either her conviction or her sentence.   Suri filed a brief identifying several arguable issues for

appeal pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S. Ct. 1396 (1967). Caballero did not respond to Suri's motion to withdraw or the <u>Anders</u> brief.

After a careful, independent review of the record, we conclude that there are no arguable issues of merit that are cognizable at this time.   For this reason, counsel's motion to withdraw is **GRANTED**, and Caballero's conviction and sentence are **AFFIRMED**.